## ROAT v. THE STATE.

(Decided November 20, 1913.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant.   R. C. BRICKELL,
Attorney General, for the State.

WALKER, P. J.—No error.   Affirmed.

---

## ROLLINS v. THE STATE.

(Decided November 27, 1913.)

APPEAL from Lee Law & Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant.   R. C. BRICKELL,
Attorney General, for the State.

WALKER, P. J.—No error.   Affirmed.

---

## ROSEN v. BASS & HEARD MERCANTILE CO.

(Decided January 13, 1914.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

Per curiam.   Appeal dismissed.